# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KACIE MAGEE BREEN

VERSUS

ALYCE B. LANDRY, BARBARA
LANE IRWIN, AND SEAN MICHAEL
BREEN

NO.  2019 CW 0399

**AUG 1 9 2019**

---

In Re:    Barbara L. Irwin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2018-14167.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **JEW**

   **Holdridge, J.,** dissents.   I  would  grant  the  writ
application  and  reverse  the  portion  of  the  district  court's
March 14, 2019 judgment that denied Barbara L. Irwin's Exception
of No Right of Action.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT